IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EXCEL RESOURCES INC. | § | CASE NO.  97-44808-H3-7 |
| | § | (Chapter 7) |
| Debtor | § | |

**APPLICATION TO DEPOSIT FUNDS INTO THE REGISTRY**
**UNDER 11 U.S.C. §374(a)**

The undersigned Trustee reports:

_____        The dividends payable to the creditors listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

√        More than ninety (90) days have passed since the final distribution, and the dividends payable to the creditors listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. § 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*.).

Dated:  July 25, 2014.                    Respectfully submitted,


By:    */s/ Pamela Gale Johnson*
         Pamela Gale Johnson
         Fed ID No. 4481
         State Bar No. 10777700
         811 Main Street, Suite 1100
         Houston, Texas 77002-6111
         Telephone:  (713) 276-1664
         Facsimile:  (713) 751-1717

         **CHAPTER 7 TRUSTEE**

## EXHIBIT "A"

Please Check One:

_____        Small Dividends

___√___        Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Marcus da Cunha<br>2400 Westheimer, #204W<br>Houston, Texas 77098 | 7 | $3,455.15 |
| Carolyn K. Higgs<br>4040 Villanova<br>Houston, Texas 77005 | 10 | $87.54 |
| Robert S. Copeland<br>5519 La Creek Ln.<br>Spring, Texas 77379 | 11 | $6,223.44 |
| Roger D. Case<br>1111 Caroline, #2306<br>Houston, Texas 77010 | 12 | $8,031.89 |
| Gold Oak Resources Inc.<br>Don Carter<br>P.O. Box 6648<br>Kingwood, Texas 77325-6648 | 15 | $4,832.26 |
| H&N Gas, Ltd.<br>Four Kingwood Place<br>900 Rockmead, Suite 274<br>Kingwood, Texas 77339 | 18 | $979.42 |
| Mobil Natural Gas Inc.<br>c/o Tom Eustace<br>12450 Greenspoint Drive<br>Houston, Texas 77060-199 | 23 | $39,087.20 |
| Gene Liau<br>14900 Kelly Farm Dr.<br>Darnestown, Maryland 20874 | 26 | $491.59 |

| | | |
|---|---|---|
| Duke Energy Trading & Marketing<br>10777 Westheimer, Suite 650<br>Houston, TX 77042 | 27 | $25,464.02 |
| Sonat Marketing Co.<br>One Shell Plaza<br>Houston, Texas 77002 | 32 | $20,889.18 |
| | TOTAL: | $109,541.69 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on all parties registered otherwise entitled to receive electronic notification via the Court's ECF noticing system on this 25th day of July, 2014.


*/s/ Pamela Gale Johnson*
Pamela Gale Johnson