UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

ENTERED
09/09/2014

IN RE:

Excel Resources Inc

          (Debtor),

BANKRUPTCY CASE NUMBER
97-44808-H3-7

#191

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Marcus Da Cunha, in the amount of $3,455.15, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Marcus Da Cunha c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $3,455.15 to Dilks & Knopik, LLC and Marcus Da Cunha at the following address:

35308 SE Center St,
Snoqualmie, WA 98065

Dated: SEP 0 9 2014

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98