UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

ENTERED
11/18/2014

| | | | |
|---|---|---|---|
| In   Re: | ) | CASE   NO. | 97-44808   LZP |
| | ) | | |
| EXCEL RESOURCES, INC. | ) | | |
| | ) | | |
| | ) | | #198 |
| Debtor(s) | ) | | |

### Order for Payment of Unclaimed Funds

Upon application of  ASSET RECOVERY TRUST,

seeking payment of $6,223.44   representing funds previously

unclaimed by

> Robert S. Copeland
> 5519 LaCreek Lane
> Spring, TX 77379

a creditor or debtor in the above-entitled case, and it

appearing from the application and supporting documentation

that Karen Mitchell McKeand is entitled to the unclaimed funds, it

is
   Ordered that the Clerk pay $6,223.44 to:

> Karen Mitchell McKeand
>
> C/O ASSET RECOVERY TRUST
>
> P.O. BOX 4296
>
> COSTA MESA, CA 92628

Signed this _____ day of _____, _____.    NOV 1 8 2014

_____
UNITED STATES BANKRUPTCY JUDGE