United States Courts
Southern District of Texas
FILED

JAN 2 7 2015

David J. Bradley, Clerk of Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:                              §         Case No. *97-044808*
                                    §
                                    §
        Debtor(s). *EXCEL RESOURCES INC.*

### Application for Payment of Unclaimed Funds
### and Certificate of Service

1.      I am making application to receive $*39,087.20* which was deposited as unclaimed
funds on behalf of _____*MOBIL NATURAL GAS*_____
(*name of original creditor/debtor*).

2.      Applicant is entitled to receive the requested funds, has made sufficient inquiry and has
no knowledge that any other party may be entitled to, and is not aware of any dispute regarding
the funds at issued based upon the following (*check the statement(s) that apply*):

☐      a.      Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds
               appearing on the records of this Court, as evidenced by the attached documents.

☐      b.      Applicant is the attorney in fact for the creditor/debtor named in paragraph 1,
               with authority to receive such funds, or who is authorized by the attached original
               Power of Attorney to file this application on behalf of the creditor/debtor.

☑      c.      Applicant is the assignee or successor-in-interest of the creditor/debtor named in
               paragraph 1, or the representative of the assignee or successor-in-interest, as
               evidenced by the attached documents establishing chain of ownership and/or
               assignment.

☐      d.      Applicant is a duly authorized corporate officer (if a corporation) or a general
               partner (if a partnership) and a representative of the creditor/debtor named in
               paragraph 1.

☐      e.      Applicant is the representative of the estate of the deceased creditor/debtor named
               in paragraph 1, as evidenced by the attached certified copies of death certificate
               and other appropriate probate documents substantiating applicant's right to act on
               behalf of the decedent's estate.

☐      f.      None of the above apply.  As evidenced by the attached documents, applicant is
               entitled to these unclaimed funds because:

_____
_____
_____

3.    I understand that pursuant to 18 U.S.C. § 152, I could be fined no more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents.  I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4.    I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: _1/20/2015_ .        Applicant's Signature _____
                              Applicant's Name _JULIE ISAAC_
                              Address _1230 VALLEY VIEW PAIKWAY_
                                      _EL DORADO HILLS, CA 95762_
                              Phone: _(702) 828-7759 #232_

Subscribed and sworn before me this ____ day of _____ .

_____
SEE ATTACHED FOR NOTARY PUBLIC
Notary Public
State of _____
My commission expires_____

Attachments:   1._____
               2._____
               3._____
               4._____

**Certificate of Service**

I certify that on _____(date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney              Other:_____
P.O. Box 61129                   _____
Houston, TX  77208               _____
                                 _____
U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX  77002

_____
**Signature**

## JURAT WITH AFFIANT STATEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of **CALIFORNIA** _____

County of **EL DORADO** _____

Subscribed and sworn to (or affirmed) before me on this

__20__ day of ___Jan___, 20 _15_, by
  Date        Month        Year

(1) _Julie Kaye_ _____,
        Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

MATTHEW HENDERSON
COMM. #2083696
Notary Public • California
El Dorado County
Comm. Expires Sep 28, 2018

                (and

(2) _____,
        Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
        Signature of Notary Public

Place Notary Seal Above

────────── **OPTIONAL** ──────────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _Application to Protest_

Document Date: _Jan 20 2015_ Number of Pages: _2_

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

## AFFIDAVIT AND ASSIGNMENT OF DEBT:

Comes now affiant, and states:

I am Jeffrey S. Kuhn, Litigation Counsel for Mobil Natural Gas, a wholly owned subsidiary of ExxonMobil. I am of adult age and am fully authorized to sign documentation on behalf of ExxonMobil and their subsidiaries.

**Excel Resources Inc.** is the original owner of this debt and the original debtor. **Excel Resources Inc.** has an unpaid balance of **$39,087.20**. That amount is due and owing to **Mobil Natural Gas** as Creditor.

The type of account is (please enter a check mark in the appropriate blank):
__Credit card account (i.e. Visa, MasterCard, Department Store, etc.)
List the name of the Company/Store issuing credit card:_____
__Account for utilities (i.e. telephone, electric, sewer, etc.)
__Medical bill account (i.e. doctor, dentist, hospital, etc.)
__Account for services (i.e. attorney fees, mechanic fees, etc.)
__Judgment issued by a court (a copy of the judgment is required to be attached)

__ _____
This account balance includes: (Month, Day, Year)
(Month, Day Year)

__
"Creditor" is not seeking attorney's fees.
Creditor believes that  debtor is not a minor or an incompetent individual.
Creditor hereby assigns this debt to **Julie Kaye of Reclaim Lost Assets**.

I swear or affirm under the penalties of perjury that the foregoing representations are true.

Dated:_____1/12/15_____

Signature of Creditor:_____*JMSKuhn for ExxonMobil Corporation, parent of Mobil Natural Gas*_____

IN WITNESS WHEREOF, this assignment has been duly executed by the affiant the day and year first written above.

Notarized By: _____*Dana Weisenhorn*_____

Page 1

On the ___12th___ day of January, 2015, _____ appeared the above affiant, who being duly sworn, did depose and say (s)he/they is/are in fact the Affiant, or the authorized representative of, and is authorized to execute this assignment.

Signed ___Dana Weisenhorn___   Dated ___1/12/15___

DANA WEISENHORN
Notary Public, State of Texas
My Commission Expires
February 23, 2015

Affiant – block printed ___Jeffrey S. Kuhn___

If a company or non-individual legal entity, Affiant's position is ___Litigation Counsel___

The Affiant's position/authority can be verified at the following phone number

___832-624-6319___

*Please note – It is always recommended that you speak with an attorney prior to signing any documentation*

Page 2

Company   Roles   Ownership   Group Structure   Compliance   History   POAs
   Resolutions   Data Library   Documents   Reports

Profile   Details   Addresses   Qualifications/Registrations   MOI

# Mobil Natural Gas Inc.
## QR: 1112 || Controller's Code: 3063

*Upstream - Gas & Power Marketing*

## Formation Details

| | |
|---|---|
| Name: | Mobil Natural Gas Inc. |
| Short Name: | MNGI |
| Date Formed: | 03/23/1987 |
| State/Province/Region of Formation: | Delaware |
| Entity Type: | Corporation |
| Country of Business Focus: | United States of America |
| Company Status: | Active |
| Status Effective Date: | 03/23/1987 |
| Nature of Business: | Purchase, Sell, Transport Or Otherwise Contract For Gas |
| Minute Book Location: | Houston Office of the Secretary |
| Joint Venture: | No |
| Secretarial Responsibility: | Houston Office of the Secretary |

## Primary Addresses

| | |
|---|---|
| Registered Office: | Corporation Service Company, 2711 Centerville Road Suite 400, Wilmington DE 19808, United States |
| Administrative Address: | 12450 Greenspoint Drive, Houston TX 77060, United States |
| Executive Office Addresses: | 800 Bell Street, Houston TX 77002-7426, United States |

## Roles

### Board Positions

| Name | Position | Start Date |
|---|---|---|
| Dashwood, John R. | Director | 05/01/2013 |
| Johnson, Mickey D. | Director | 07/15/2010 |
| Sweed, Howard G. | Director | 11/01/2014 |

Officers

| Close | Tile Left | Tile Right | | | Home | Refresh | Email | Send To | ICSA Software |

Active Upstream   Active Corp. Svcs.   Active Downstream   Active Chemical   Active GSC   Legal Disclaimer   BPOW Related Links   Error in Access

Mobil Natural Gas Inc. ( Company Details )

**Company**   Roles   Ownership   Group Structure   Compliance   History   POAs

Resolutions   Data Library   Documents   Reports

**Profile**   **Details**   **Addresses**   **Qualifications/Registrations**   **MOI**

Mobil Natural Gas Inc.

# Date 01/13/2015

# Company Details

## Main Details

| | |
|---|---|
| **Name** | Mobil Natural Gas Inc. |
| **Country** | United States |
| **Where Formed** | Delaware |
| **Tax ID** | 75-2180268 |
| **Incorporated** | 03/23/1987 |
| **Company Type** | Corporation |
| **Company Status** | Active |
| **Date of Termination** | |
| **Nature of Business** | Purchase, Sell, Transport Or Otherwise Contract For Gas |
| **Short Name** | MNGI |
| **Joint Venture** | No |
| **Country of Business Focus** | United States of America |
| **Incorporated Number** | 2121190 |
| **Status Effective Date** | 03/23/1987 |
| **Publicly Traded** | No |
| **US Company Type** | Corporation |
| **Has Employees** | Yes |
| **ExxonMobil Net Interest** | 100.000000 |
| **Net Interest Date of Calculation** | 09/29/2014 |

| Creditor:        (711519)<br>Encore Energy Inc<br>c/o William H Hoch<br>1800 Mi-America Tower<br>20 North Broadway | Claim No: 22<br>Original Filed<br>Date: 09/04/1997<br>Original Entered<br>Date: 09/04/1997 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: 09/17/1997 |
|---|---|---|

| Amount | claimed: | $686918.35 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $686918.35 | |

History:

| Details | | 22-1 | 09/04/1997 | Claim #22 filed by Encore Energy Inc, Amount claimed: $686918.35 |
|---|---|---|---|---|

Description:

Remarks: (22-1) Converted from BANCAP.

---

| Creditor:        (711520)<br>Mobil Natural Gas Inc<br>c/o Tom Eustace<br>12450 Greenspoint Drive<br>Houston, TX 77060-1991 | Claim No: 23<br>Original Filed<br>Date: 09/11/1997<br>Original Entered<br>Date: 09/11/1997 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: 09/17/1997 |
|---|---|---|

| Amount | claimed: | $1818831.40 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $0.00 | |
| Unknown | claimed: | $0.00 | |
| Unsecured | claimed: | $1818831.40 | |

History:

| Details | | 23-1 | 09/11/1997 | Claim #23 filed by Mobil Natural Gas Inc, Amount claimed: $1818831.40 |
|---|---|---|---|---|

Description:

Remarks: (23-1) Converted from BANCAP.