

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/02/2015

IN RE: § Case No. 97-44808-H3-7

Excel Resources Inc

Debtor §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. 209 ) is denied for the following reason(s):

1. _____ Applicant's signature is not notarized.

2. _____ Amount being requested is not the amount deposited on behalf of the original claimant.

3. __X__ Application was not served on U.S. Attorney and U.S. Trustee.

4. _____ Proposed Order not filed by applicant.

5. _____ Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. _____ Other:

Signed  FEB 0 2 2015  .

_____
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                              Case No. 97-44808-lzp
Excel Resources Inc                                                 Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: mrod              Page 1 of 2           Date Rcvd: Feb 02, 2015
                              Form ID: pdf002        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2015.
```
db          +Excel Resources Inc,    1111 Bagby - Suite 2400,     Houston, TX 77002-2550
aty         +Brian J Dilks,    Dilks & Knopik, LLC,    35308 SE Center St,    Snoqualmie, WA 98065-9216
aty          Evelyn H Biery,    Fulbright Jaworski LLP,    1301 McKinney,    Ste 5100,
              Houston, TX 77010-3095
aty         +Gary W Davis,    Clark Thomas et al,    300 W 6th St,    15th Fl,    Austin, TX 78701-3902
aty          James G Beste,    Sonat Marketing Company,    Legal Dept,    P O Box 1513,
              Houston, TX 77251-1513
aty          Myron K Cunningham,    Kerr-McGee Corporation,    Corporate Legal Counsel,    Kerr-McGee Center,
              Oklahoma City, OK 73125
cr          +Houston Community College System,    c/o Eloise Guzman,    P O Box 3064,    Houston, TX 77253-3064
cr          +Marcus Da Cunha,    239 Brannan Street, #2B,    San Francisco, CA 94107-4070
cr           Mobil Natural Gas Inc,    Nathan Wood Sommers & Lippmann,    A Professional Corporation,
              2700 Post Oak Blvd., Ste #2500,    Houston, TX 77056-5705
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Feb 02 2015 23:21:37     US Trustee,
              Office of the U S Trustee,    515 Rusk Ave,    Ste 3516,    Houston, TX 77002-2604
cr          +E-mail/Text: houston_bankruptcy@LGBS.com Feb 02 2015 23:22:17     City of Houston,
              c/o Eloise Guzman,    P O Box 3064,    Houston, TX 77253-3064
intp        +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Feb 02 2015 23:21:38     US Trustee,
              515 Rusk Avenue - 3rd Floor,    Houston, TX 77002-2604
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Bris Tex Financial Enterprises Inc
cr           Chevron USA Inc
cr           Duke Energy Trading and Marketing LLC
cr           Encore Energy, Inc
cr           Excel - Nevada
cr           H & N Gas LTD
cr           Kerr-McGee Corporation
cr           NorAm Gas Transmission Company
cr           Offshore Production & Exploration Compan
cr           Phillips Petroleum Company
cr           Sonat Marketing Company L.P.
cr           Titan Exploration Inc
intp         Western Dominion Energy Partners
                                                                                   TOTALS: 13, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2015 at the address(es) listed below:
```
          Alan Ray Cervenka    on behalf of Debtor    Excel Resources Inc cervenka2001@aol.com
          Eloise A Guzman    on behalf of Creditor    City of Houston eloiseguzman@guzmanbankruptcy.com,
           guzmaneloise@gmail.com
          Eloise A Guzman    on behalf of Creditor    Houston Community College System
           eloiseguzman@guzmanbankruptcy.com, guzmaneloise@gmail.com
          George M Kuhn, Jr    on behalf of Creditor    H & N Gas LTD gkuhnlaw@swbell.net
          James R Prince    on behalf of Creditor    Titan Exploration Inc jim.prince@bakerbotts.com,
           BankruptcyDallas@bakerbotts.com
          John P Dillman    on behalf of Creditor    City of Houston Houston_bankruptcy@publicans.com
          Lev David Rabinowitz    on behalf of Creditor    NorAm Gas Transmission Company
           rabinowitzld@earthlink.net
          Marc H Schneider    on behalf of Creditor    Excel - Nevada lawfirm@ws-law.com,
           alicia@ws-law.com;linda@ws-law.com;tracy@ws-law.com;marcs@ws-law.com;faithe@ws-law.com
```

```
District/off: 0541-4           User: mrod               Page 2 of 2             Date Rcvd: Feb 02, 2015
                               Form ID: pdf002          Total Noticed: 12


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Pamela Gale Johnson    on behalf of Trustee Pamela Gale Johnson pjohnson@bakerlaw.com,
               cmchenry@bakerlaw.com;pjohnson@ecf.epiqsystems.com
              Pamela Gale Johnson    pjohnson@bakerlaw.com,   cmchenry@bakerlaw.com;pjohnson@ecf.epiqsystems.com
              Patrick L Hughes    on behalf of Creditor    Offshore Production & Exploration Compan
               hughesp@haynesboone.com
              Robert Andrew Black    on behalf of Creditor    Duke Energy Trading and Marketing LLC
               rblack@fulbright.com
              Shari L Heyen    on behalf of Trustee Pamela Gale Johnson heyens@gtlaw.com
              Shari L Heyen    on behalf of Creditor    Bris Tex Financial Enterprises Inc heyens@gtlaw.com
              Susan J Brandt    on behalf of Creditor    Mobil Natural Gas Inc susanandtombrandt@gmail.com,
               mgarcia@nathansommers.com
              Walter Clay Cooke    on behalf of Interested Party    Western Dominion Energy Partners
               wcooke@obt.com,   waltercooke@gmail.com
              William H Hoch    on behalf of Creditor    Encore Energy, Inc will.hoch@crowedunlevy.com
                                                                                               TOTAL: 17
```