Case 97-44808   Document 212   Filed in TXSB on 02/18/15   Page 1

United States Courts
Southern District of Texas
FILED

FEB 18 2015

David J. Bradley, Clerk of Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

In Re: EXCEL RESOURCES, INC.  Case No. 97-044808

Debtor(s).  (AMENDED)

## Application for Payment of Unclaimed Funds and Certificate of Service

1. I am making application to receive $39,087.20 which was deposited as unclaimed funds on behalf of MOBIL NATURAL GAS
(*name of original creditor/debtor*).

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☐ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☑ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 2-17-2015

Applicant's Signature: [signed]
Applicant's Name: JULIE KAYE (OF RECLAIM LOST ASSETS)
Address: 2230 VALLEY VIEW PARKWAY #232, EL DORADO HILLS, CA 95762
Phone: (760) 828-7759

Subscribed and sworn before me this ___ day of _____.

SEE ATTACHED FOR NOTARY PUBLIC

Notary Public
State of _____
My commission expires _____

Attachments:
1. ORDER FOR PAYMENT OF UNCLAIMED FUNDS
2. AFFIDAVIT & ASSIGNMENT OF DEBT
3. FORMATION DETAILS - MOBIL NATURAL GAS INC + COMPANY DETAILS
4. ID - JULIE KAYE
5. W-9

**Certificate of Service**

I certify that on 2-17-2015 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste. 3516
Houston, TX 77002

Other: ALAN RAY CERVENKA
ATTORNEY - EXCEL RESOURCES, INC.
702 Stonewall
Richmond, TX 77469

Signature: [signed]

## JURAT WITH AFFIANT STATEMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____  _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

State of __CALIFORNIA__

County of __EL DORADO__

[Notary Seal: MELBA HENDERSON, COMM. #1933065, Notary Public • California, El Dorado County, Comm. Expires May 15, 2015]

Subscribed and sworn to (or affirmed) before me on this __17TH__ day of __February__, 20__15__, by

(1) __Julie Kaye__,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature __Melba Henderson__
Signature of Notary Public

Place Notary Seal Above

—————————— **OPTIONAL** ——————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: __Application for Payment of Unclaimed Funds and Certificate of Service__

Document Date: __Feb 17, 2015__    Number of Pages: __2__

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

## AFFIDAVIT AND ASSIGNMENT OF DEBT:

Comes now affiant, and states:

I am Jeffrey S. Kuhn, Litigation Counsel for Mobil Natural Gas, a wholly owned subsidiary of ExxonMobil. I am of adult age and am fully authorized to sign documentation on behalf of ExxonMobil and their subsidiaries.

**Excel Resources Inc.** is the original owner of this debt and the original debtor. **Excel Resources Inc.** has an unpaid balance of $39,087.20. That amount is due and owing to **Mobil Natural Gas** as Creditor.

The type of account is (please enter a check mark in the appropriate blank):
__Credit card account (i.e. Visa, MasterCard, Department Store, etc.)
List the name of the Company/Store issuing credit card:_____
__Account for utilities (i.e. telephone, electric, sewer, etc.)
__Medical bill account (i.e. doctor, dentist, hospital, etc.)
__Account for services (i.e. attorney fees, mechanic fees, etc.)
__Judgment issued by a court (a copy of the judgment is required to be attached)

This account balance includes: (Month, Day, Year)
(Month, Day Year)

"Creditor" is not seeking attorney's fees.
Creditor believes that debtor is not a minor or an incompetent individual.
Creditor hereby assigns this debt to **Julie Kaye of Reclaim Lost Assets**.

I swear or affirm under the penalties of perjury that the foregoing representations are true.
Dated: 1/12/15
Signature of Creditor: _Jeff Kuhn for ExxonMobil Corporation, parent of Mobil Natural Gas_

IN WITNESS WHEREOF, this assignment has been duly executed by the affiant the day and year first written above.

Notarized By: Dana Weisenhorn

Page 1

On the __12th__ day of January, 2015, _____ appeared the above affiant, who being duly sworn, did depose and say (s)he/they is/are in fact the Affiant, or the authorized representative of, and is authorized to execute this assignment.

Signed __Dana Weisenhorn__ Dated __1/12/15__

[Notary seal: DANA WEISENHORN, Notary Public, State of Texas, My Commission Expires February 23, 2015]

Affiant – block printed __Jeffrey S. Kuhn__

If a company or non-individual legal entity, Affiant's position is __Litigation Counsel__

The Affiant's position/authority can be verified at the following phone number

__832-624-6319__

*Please note – It is always recommended that you speak with an attorney prior to signing any documentation*

Page 2