IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

IN RE: EXCEL RESOURCES, INC.　　　　　　CASE NO. 97-44808-H3-7
**DEBTOR**

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN THAT** a **HEARING** in said cause is SCHEDULED For

APRIL 14, 2015 at 10:15 A.M. in **HOUSTON**, 515 Rusk, 4th Floor, Courtroom 401 to

consider the following:

MOTION TO PAY UNCLAIMED FUNDS    (#212)

Said MOTION can be reviewed at the office of the Clerk of the Court, United States Courthouse, Houston, Texas, during business hours.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE
NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST

Dated: MARCH 23, 2015　　　　　　BY: _Maria Rodriguez_