IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

IN RE: EXCEL RESOURCES, INC.  CASE NO. 97-44808-H3-7
**DEBTOR**

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN THAT** a **HEARING** in said cause is SCHEDULED For APRIL 14, 2015 at 10:15 A.M. in **HOUSTON**, 515 Rusk, 4th Floor, Courtroom 401 to consider the following:

MOTION TO PAY UNCLAIMED FUNDS    (#212)

Said MOTION can be reviewed at the office of the Clerk of the Court, United States Courthouse, Houston, Texas, during business hours.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST

Dated: MARCH 23, 2015          BY: *Maria Rodriguez*

```
                         United States Bankruptcy Court
                           Southern District of Texas
In re:                                                        Case No. 97-44808-lzp
Excel Resources Inc                                           Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: mrod               Page 1 of 2                Date Rcvd: Mar 23, 2015
                              Form ID: pdf002          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2015.
db           +Excel Resources Inc,    1111 Bagby - Suite 2400,    Houston, TX 77002-2550
aty          +Brian J Dilks,    Dilks & Knopik, LLC,    35308 SE Center St,    Snoqualmie, WA 98065-9216
aty           Evelyn H Biery,    Fulbright Jaworski LLP,    1301 McKinney,    Ste 5100,
               Houston, TX 77010-3095
aty          +Gary W Davis,    Clark Thomas et al,    300 W 6th St,    15th Fl,    Austin, TX 78701-3902
aty           James G Beste,    Sonat Marketing Company,    Legal Dept,    P O Box 1513,
               Houston, TX 77251-1513
aty           Myron K Cunningham,    Kerr-McGee Corporation,    Corporate Legal Counsel,    Kerr-McGee Center,
               Oklahoma City, OK 73125
cr           +Houston Community College System,     c/o Eloise Guzman,    P O Box 3064,    Houston, TX 77253-3064
cr           +Marcus Da Cunha,    239 Brannan Street, #2B,    San Francisco, CA 94107-4070
cr            Mobil Natural Gas Inc,    Nathan Wood Sommers & Lippmann,    A Professional Corporation,
               2700 Post Oak Blvd., Ste #2500,    Houston, TX  77056-5705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Mar 23 2015 22:17:12     US Trustee,
               Office of the U S Trustee,    515 Rusk Ave,   Ste 3516,    Houston, TX 77002-2604
cr           +E-mail/Text: houston_bankruptcy@LGBS.com Mar 23 2015 22:17:52     City of Houston,
               c/o Eloise Guzman,    P O Box 3064,   Houston, TX 77253-3064
intp         +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Mar 23 2015 22:17:12     US Trustee,
               515 Rusk Avenue - 3rd Floor,    Houston, TX 77002-2604
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bris Tex Financial Enterprises Inc
cr            Chevron USA Inc
cr            Duke Energy Trading and Marketing LLC
cr            Encore Energy, Inc
cr            Excel - Nevada
cr            H & N Gas LTD
cr            Kerr-McGee Corporation
cr            NorAm Gas Transmission Company
cr            Offshore Production & Exploration Compan
cr            Phillips Petroleum Company
cr            Sonat Marketing Company L.P.
cr            Titan Exploration Inc
intp          Western Dominion Energy Partners
                                                                                   TOTALS: 13, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2015                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2015 at the address(es) listed below:
              Alan Ray Cervenka    on behalf of Debtor    Excel Resources Inc cervenka2001@aol.com
              Eloise A Guzman    on behalf of Creditor    City of Houston eloiseguzman@guzmanbankruptcy.com,
               guzmaneloise@gmail.com
              Eloise A Guzman    on behalf of Creditor    Houston Community College System
               eloiseguzman@guzmanbankruptcy.com, guzmaneloise@gmail.com
              George M Kuhn, Jr    on behalf of Creditor    H & N Gas LTD gkuhnlaw@swbell.net
              James R Prince    on behalf of Creditor    Titan Exploration Inc jim.prince@bakerbotts.com,
               BankruptcyDallas@bakerbotts.com
              John P Dillman    on behalf of Creditor    City of Houston Houston_bankruptcy@publicans.com
              Lev David Rabinowitz    on behalf of Creditor    NorAm Gas Transmission Company
               rabinowitzld@earthlink.net
              Marc H Schneider    on behalf of Creditor    Excel - Nevada lawfirm@ws-law.com,
               alicia@ws-law.com;linda@ws-law.com;tracy@ws-law.com;marcs@ws-law.com;faithe@ws-law.com
```

```
District/off: 0541-4           User: mrod                  Page 2 of 2                   Date Rcvd: Mar 23, 2015
                               Form ID: pdf002             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Pamela Gale Johnson    on behalf of Trustee Pamela Gale Johnson pjohnson@bakerlaw.com,
               cmchenry@bakerlaw.com;pjohnson@ecf.epiqsystems.com
              Pamela Gale Johnson     pjohnson@bakerlaw.com,    cmchenry@bakerlaw.com;pjohnson@ecf.epiqsystems.com
              Patrick L Hughes    on behalf of Creditor    Offshore Production & Exploration Compan
               hughesp@haynesboone.com
              Robert Andrew Black    on behalf of Creditor    Duke Energy Trading and Marketing LLC
               andrew.black@nortonrosefulbright.com
              Shari L Heyen     on behalf of Trustee Pamela Gale Johnson heyens@gtlaw.com
              Shari L Heyen     on behalf of Creditor    Bris Tex Financial Enterprises Inc heyens@gtlaw.com
              Susan J Brandt    on behalf of Creditor    Mobil Natural Gas Inc susanandtombrandt@gmail.com,
               mgarcia@nathansommers.com
              Walter Clay Cooke    on behalf of Interested Party    Western Dominion Energy Partners
               wcooke@obt.com,   waltercooke@gmail.com
              William H Hoch    on behalf of Creditor    Encore Energy, Inc will.hoch@crowedunlevy.com
                                                                                             TOTAL: 17
```