IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Excel Resources, Inc. | § | CASE NO.    97-44808-H3-7 |
|      DEBTOR | § | |
| | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the *Amended Application For Payment Of Unclaimed Funds filed by Reclaim Lost Assets* (Docket #212) will be held as follows:

**DATE:**         April 14, 2015

**TIME:**         10:15AM

**LOCATION:**    Courtroom 401, 4th Floor, 515 Rusk, Houston, TX   77002


Dated:    April 8, 2015

                              Respectfully submitted,
                              By:    /s/ Johnie Patterson
                                  Johnie Patterson
                                  COUNSEL FOR RECLAIM LOST ASSETS
                                  SBN 15601700

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
(713) 956-5577 (telephone)
(713) 956-5570 (fax)

Page - 1

## **CERTIFICATE OF SERVICE**

I, Johnie Patterson, hereby certify that a true and correct copy of the foregoing Notice was served upon the entities listed below, on April 8, 2015.

        */s/Johnie Patterson*
        Johnie Patterson

United States District Court
P.O. Box 81010
Houston, TX   77208

U.S. Attorney
P.O. Box 61129
Houston, TX   77208

U.S. Trustee
Suite 3516
515 Rusk Ave.
Houston, TX   77002