UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Excel Resources, Inc. § Case No. 97-44808-H3-7
§
§
Debtor(s). §

**Application for Payment of Unclaimed Funds
and Certificate of Service**

1.  I am making application to receive $ 39,087.20 , which was deposited as unclaimed funds on behalf of Mobil Natural Gas, Inc.
(*name of original creditor/debtor*).

2.  Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☐ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☑ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:
_____
_____
_____

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: April 9, 2015

Applicant's Signature: [See attached signature with CA notary form]
Applicant's Name: Julie Kaye, d/b/a Reclaim Lost Assets
Address: 2230 Valley View Parkway #232
El Dorado Hills, CA 95762
Phone: (760) 828-7759

Subscribed and sworn before me this ____ day of _____.

_____
Notary Public
State of _____
My commission expires_____

Attachments:
1. Completed W-9 Form
2. D/B/A Certificate - San Diego County Clerk
3. Trans Union Business Invoice/Wells Fargo Bank Statement
4. Affidavit and Assignment Of Debt

### Certificate of Service

I certify that on April 9, 2015 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Other: Pamela Gale Johnson, Trustee - By ECF
All Other Parties Receiving ECF Notices

/s/ Johnie Patterson
_____
**Signature**

## JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____      _____
Signature of Document Signer No. 1                            Signature of Document Signer No. 2 (if any)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of El Dorado

Subscribed and sworn to (or affirmed) before me on this 9th day of April, 20 15, by

(1) Julie Kaye
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and
(2) _____
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _Michael Marques_
   Signature of Notary Public

[Notary Seal: MICHAEL MARQUES, COMM. #2025524, Notary Public · California, El Dorado County, Comm. Expires May 21, 2017]

Place Notary Seal Above

——— **OPTIONAL** ———

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Application for Payment

Document Date: April 9, 2015    Number of Pages: 2

# Form W-9
Rev. December 2014
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give Form to the requester. Do not send to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
JULIE KAYE

**2** Business name/disregarded entity name, if different from above
RECLAIM LOST ASSETS

**3** Check appropriate box for federal tax classification; check only one of the following seven boxes:
☒ Individual/sole proprietor or single-member LLC
☐ C Corporation
☐ S Corporation
☐ Partnership
☐ Trust/estate
☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶
☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____
(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.)
2230 VALLEY VIEW PARKWAY #232

**6** City, state, and ZIP code
EL DORADO HILLS, CA 95762

**7** List account number(s) here (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number: ___-__-____

or

Employer identification number: 47-1211727

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**   Signature of U.S. person ▶ [signed]   Date ▶ 4/1/2015

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at www.irs.gov/fw9.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See What is FATCA reporting? on page 2 for further information.

Cat. No. 10231X   Form **W-9** (Rev. 12-2014)



ERNEST J. DRONENBURG, JR.   ASSESSOR/RECORDER/COUNTY CLERK

## FICTITIOUS BUSINESS NAMES

**Fictitious Business Names Matching Your Search**

| Select | Filing Number | Business Name | Owner Name | Document Type | Filing Date |
|---|---|---|---|---|---|
| ... ∨ | 2014019745 | RECLAIM LOST ASSETS | KAYE JULIE | N | 20140723 |

Records 1 - 1 of 1

Questions or problems? Call us at (619) 685-2455 (8am - 5pm PST), or email us at ARCC.FGG@sdcounty.ca.gov



FEIN: **46-3901689**
Billing Support: **888-891-4847**
Customer Support: **888-493-2209**
FAX: **561-226-9717**

## Customer Information

**Reclaim Lost Assets**
**2230 Valley View Parkway #232**
**El Dorado Hills, CA 95762**

Account ID:  **1508492**
Invoice Date:  **04/01/2015**
Billing Period:  **03/01/2015 - 03/31/2015**
Terms:  **Due Upon Receipt**
Payment Preference:  **Paper Check**

**PLEASE REFERENCE YOUR ACCOUNT ID ON YOUR CHECK!**

## TLOxp Charges & Credits

| | |
|---|---:|
| Balance Forward: | $13.00 |
| Current Charges: | $131.00 |
| Sales Tax: | $0.00 |
| Credits / Adjustments: | $0.00 |

Balance Due:   **$144.00**

**Remittance Address**
**TransUnion Risk and Alternative**
**Data Solutions, Inc.**
**PO Box 209047**
**Dallas, TX 75320-9047**

Log in to the **Billing** section of **My Account** in TLOxp to:

- Make a Payment Online
- Download Invoices
- Review Billing History
- Update Payment Preferences
  - Auto-Debit
  - Review & Approve
  - Paper Check

*Please refer to the following pages for a detailed list of charges.*
Social Security Numbers cannot be displayed in details.

# Wells Fargo Combined Statement of Accounts

Primary account number: ████0865 ■ February 1, 2015 - February 28, 2015 ■ Page 1 of 5



021965 1 AV 0.381  1787783


JULIE L KAYE KALB
DBA RECLAIM LOST ASSETS
2230 VALLEY VIEW PKWY UNIT 232
EL DORADO HILLS CA 95762-5591

**Questions?**

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (114)
       P.O. Box 6995
       Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/start/business-planning

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

Business Online Banking        ☑
Online Statements              ☐
Business Bill Pay              ☑
Business Spending Report       ☑
Overdraft Protection           ☑



## AFFIDAVIT AND ASSIGNMENT OF DEBT:

Comes now affiant, and states:

I am Jeffrey S. Kuhn, Litigation Counsel for Mobil Natural Gas, a wholly owned subsidiary of ExxonMobil. I am of adult age and am fully authorized to sign documentation on behalf of ExxonMobil and their subsidiaries.

**Excel Resources Inc.** is the original owner of this debt and the original debtor. **Excel Resources Inc.** has an unpaid balance of $39,087.20. That amount is due and owing to **Mobil Natural Gas** as Creditor.

The type of account is (please enter a check mark in the appropriate blank):
__Credit card account (i.e. Visa, MasterCard, Department Store, etc.)
List the name of the Company/Store issuing credit card:_____
__Account for utilities (i.e. telephone, electric, sewer, etc.)
__Medical bill account (i.e. doctor, dentist, hospital, etc.)
__Account for services (i.e. attorney fees, mechanic fees, etc.)
__Judgment issued by a court (a copy of the judgment is required to be attached)

_____

This account balance includes: (Month, Day, Year)
(Month, Day Year)

"Creditor" is not seeking attorney's fees.
Creditor believes that debtor is not a minor or an incompetent individual.
Creditor hereby assigns this debt to **Julie Kaye of Reclaim Lost Assets**.

I swear or affirm under the penalties of perjury that the foregoing representations are true.

Dated: 1/12/15

Signature of Creditor: _*[signed]* Kuhn for ExxonMobil Corporation, parent of Mobil Natural Gas_

IN WITNESS WHEREOF, this assignment has been duly executed by the affiant the day and year first written above.

Notarized By: _Dana Weisenhorn_

Page 1

On the __12th__ day of January, 2015, _____ appeared the above affiant, who being duly sworn, did depose and say (s)he/they is/are in fact the Affiant, or the authorized representative of, and is authorized to execute this assignment.

Signed __Dana Weisenhorn__ Dated __1/12/15__

*DANA WEISENHORN*
*Notary Public, State of Texas*
*My Commission Expires*
*February 23, 2015*

Affiant – block printed __Jeffrey S. Kuhn__

If a company or non-individual legal entity, Affiant's position is __Litigation Counsel__

The Affiant's position/authority can be verified at the following phone number

__832-624-6319__

Please note – It is always recommended that you speak with an attorney prior to signing any documentation

Page 2