# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Excel Resources, Inc. | § | CASE NO. 97-44808-H3-7 |
| DEBTOR | § | |
| | § | |

## NOTICE

[Relates To Docket #217]

**PLEASE TAKE NOTICE** that at the request of the Court, the following information is provided related to the assignment found at docket #217, p.8-9.

The Assignment was executed on behalf of ExxonMobil Corp., parent of Mobil Natural Gas by Jeffrey S. Kuhn.

Jeffrey Kuhn is an attorney licensed by the state of Texas, and currently employed by ExxonMobil as in-house counsel. The attached information provided by the State Bar of Texas is current and accurate.

_____
Jeffrey S. Kuhn
SBN 11757300

Dated: April 20, 2015

Respectfully submitted,
By: _/s/ Johnie Patterson_
Johnie Patterson
COUNSEL FOR RECLAIM LOST ASSETS
SBN 15601700

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
(713) 956-5577 (telephone)
(713) 956-5570 (fax)

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| | § | | |
| Excel Resources, Inc. | § | CASE NO. | 97-44808-H3-7 |
| DEBTOR | § | | |
| | § | | |

## NOTICE
[Relates To Docket #217]

**PLEASE TAKE NOTICE** that at the request of the Court, the following information is provided related to the assignment found at docket #217, p.8-9.

The Assignment was executed on behalf of ExxonMobil Corp., parent of Mobil Natural Gas by Jeffrey S. Kuhn.

Jeffrey Kuhn is an attorney licensed by the state of Texas, and currently employed by ExxonMobil as in-house counsel. The attached information provided by the State Bar of Texas is current and accurate.

_____
Jeffrey S. Kuhn
SBN 11757300

Dated:   April 20, 2015

Respectfully submitted,
By:   /s/ Johnie Patterson
Johnie Patterson
COUNSEL FOR RECLAIM LOST ASSETS
SBN 15601700

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208
(713) 956-5577 (telephone)
(713) 956-5570 (fax)

Page - 1

## CERTIFICATE OF SERVICE

I, Johnie Patterson, hereby certify that a true and correct copy of the foregoing Notice was served upon the entities listed below, on April 20, 2015.

                              */s/Johnie Patterson*
                              Johnie Patterson

United States District Court
P.O. Box 81010
Houston, TX   77208

U.S. Attorney
P.O. Box 61129
Houston, TX   77208

U.S. Trustee
Suite 3516
515 Rusk Ave.
Houston, TX   77002

# FIND A LAWYER

{ Back to Search Results }

**OVERVIEW** | **CONTACT AND MAP**



### Mr. Jeffrey S. 'Jeff' Kuhn

| | |
|---|---|
| **Bar Card Number:** | 11757300 |
| **Work Address:** | Corp-Emb- Room 1533I<br>800 Bell St<br>Houston, TX 77002-7526 |
| **Work Phone Number:** | 832-624-6319 |
| **Primary Practice Location:** | HOUSTON , Texas |

**Current Member Status**
Eligible To Practice In Texas

{ **CONTACT THIS LAWYER** }

In cooperation with

**BOARD CERTIFIED®**

Personal Injury Trial Law

## LICENSE INFORMATION

| | |
|---|---|
| **Bar Card Number:** | 11757300 |
| **Texas License Date:** | 11/12/1979 |

**COURTS OF ADMITTANCE**

**Federal**

Fifth Circuit Court of Appeals

Texas Southern District/Bankruptcy Court

**Other Courts**

None Reported By Attorney

**OTHER STATES LICENSED**

None Reported By Attorney

## PRACTICE INFORMATION

| | |
|---|---|
| **Firm:** | Exxon Mobil Corp |
| **Firm Size:** | None Specified |
| **Occupation:** | In-House/Corporate Counsel |
| **Practice Areas:** | Business, Environmental, Litigation: Commercial, Litigation: Personal Injury |
| **Services Provided:** | Hearing impaired translation: **Not Specified**<br>ADA-accessible client service: **Yes**<br>Language translation: **Not Specified** |
| **Foreign Language Assistance:** | None Reported By Attorney |

## LAW SCHOOLS

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Texas | 05/1979 | Doctor of Jurisprudence/Juris Doctor (J.D.) |

## PUBLIC DISCIPLINARY HISTORY

**State of Texas***

| Sanction | Date of Entry | Sanction Date<br>Start - End | Probation Date<br>Start - End |
|---|---|---|---|
| No Public Disciplinary History - Texas | | | |

*NOTE: Only Texas disciplinary sanctions within the past 10 years are displayed. For sanction information beyond 10 years, information about a specific disciplinary sanction listed above or to request a copy of a disciplinary judgment, please contact the Office of the Chief Disciplinary Counsel at (877) 953-5535. There is a $15.00 fee for each disciplinary judgment copied. Make checks payable to: State Bar of Texas; PO Box 12487; Austin TX 78711 or by **Credit Card**.

**Other States**

| Sanction | State | Sanction Date<br>Start - End |
|---|---|---|
| None Reported By Attorney | | |

**Statutory Profile Last Certified On:** 03/10/2014

*The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (\*) is provided by the State Bar of Texas. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.*